Malensek v. Jablonski ................. 19720
Miller v. G. & R. Realty Co .......... 19700
Raybourne v. State ................. 19703
Schlesinger v. State ................ 19709
State v Channer...................... 19732
State v McLaughlin................... 19734
State v Saywer....................... 19733
Sturgill v. Marshfield ................ 19699
Tumey v State........................ 19611
Valley View (Vill.) v. Bennington ..... 19701
Vinson v State....................... 19677
Webster v. Edwards ................. 19586

## GENERAL DOCKET

19244—State of Ohio, ex rel. George D. Hile, v. John A. Zangerle, Auditor, et al.; error to the Cuyahoga Appeals. Judgment affirmed. Marshall, C. J., Jones, Mattias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock 7-8-25; 3 Abs. 435; OA. 4 Abs. 172.

19344—Marie Frate et al. v. Fanny Rimenick et al.; error to the Cuyahoga Appeals. Judgment affirmed. Marshall, C. J., Jones, Day and Kinkade, JJ., concur. Dock. 8-31-25; 3 Abs. 546.

19406—Ralph M. Hulett v. Clara E. Friedrich; error to Cuyahoga Appeal. Judgment reversed. Marshall, C. J., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 11-5-25; 3 Abs. 706.

19417 — Industrial Commission v. Della Cherry; error to Franklin Appeals. Judgment affirmed. Marshall, C. J., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 11-13-25; 3 Abs. 722.

19480—Vernon B. Fetterman v. Electa A. Bingham et al.; error to Cuyahoga Appeals. Judgment affirmed. Marshall, C. J., Jones, Matthias, Day and Allen, JJ., concur. Dock. 12-11-25; 3 Abs. 762.

19611—Ed Tumey v. State of Ohio; error to Hamilton Appeals. Dismissed; no debatable constitutional question involved. Marshall, C. J., Jones, Matthias, Day, Allen and Kinkade, JJ., concur. Dock. 2-2-26; 4 Abs. 112; OA. 4 Abs. 109; OS. Pend. 4 Abs. 197.

19624—State of Ohio, ex Charles C. Crabbe, Attorney eneral, v. Exhibitor's and Breeders Assoc., a Corp. In Quo Warranto. Demurrer to petition overruled. Marshall, C. J., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 2-15-26; 4 Abs. 128.

## MOTION DOCKET

19586—Howard E. Webster, Sheriff v. William T. Edwards. Motion for Montgomery Appeals to certify. Overruled. Dock. 1-20-26; 4 Abs. 72; OA. 3 Abs. 559; OS. Pend. 4 Abs. 164.

19586—Howard E. Webster, Sheriff v. William T. Edwards. Motion by defendant to strike motion to certify record from files. Sustained. Dock. 1-20-26; 4 Abs. 72; OS. Pend. 4 Abs. 164; OA. 3 Abs. 559.

19611—Ed Tumey v. State of Ohio. Motion to dismiss petition in error as of right. Sustained. Dock. 2-2-26; 4 Abs. 112; OA. 4 Abs. 109; OS. Pend. 4 Abs. 197.

19611—Ed Tumey v. State of Ohio. Motion for Hamilton Appeals to certify. Overruled. Dock. 2-2-26; 4 Abs. 112; OS. Pend. 4 Abs. 197.

19637—Inez L. Goodman v. Minton F. Goodman. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 2-24-26; 4 Abs. 112;

19677—Merritt A. Vinson v. State of Ohio. Motion for leave to file petition in error to Cuyahoga Appeals. (On rehearing, sua sponte). Allowed. Dock. 3-10-26; 4 Abs. 192.

19691—Thomas Baker et al v. Laura Alexander et al. Motion for Richland Appeals to certify. Overruled. Dock. 3-15-26; 4 Abs. 192.

19699—William Sturgill et al v. Marshfield Bank. Motion for Athens Appeals to certify. Overruled. Dock. 3-20-26; 4 Abs. 208.

19700—Joseph W. Miller v. G. & R. Realty Co. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 3-20-26; 4 Abs. 208.

19701—Village of Valley View v. Sadie Bennington, Extrx. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 3-20-26; 4 Abs. 208.

19703—Grant Raybourne v. State of Ohio. Motion for Fairfield Appeals to certify. Overruled. Dock. 3-22-26; 4 Abs. 208.

19706—Harry D. Baker, Recr. v. Licking Co. Bk. & Tr. Co. Motion for Licking Appeals to certify. Overruled. Dock. 3-22-26; 4 Abs. 208.

19709—George F. Schlesinger, Director, v. State, ex rel. August C. Collett et al. Motion for Seneca Appeals to certify. Overruled. Dock. 3-24-26; 4 Abs. 223.

19713—Florence White Conkey v. Albert Billings Conkey. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 3-25-26; 4 Abs. 223.

19720—Anton Malensek et v. Joseph Jablonski et. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 3-26-26; 4 Abs. 223.

19732—State of Ohio v. Herbert I. Channer. Motion for leave to file petition in error to Hamilton Apeals. Allowed. Dock. 3-30-26; 4 Abs. 223.

19733—State of Ohio v. George A. Sawyer. Motion for leave to file petition in error to Hamilton Appeals. Allowed. Dock. 3-31-26; 4 Abs. 238.

19734—State of Ohio v. Fred G. McLaughlin. Motion for leave to file petition in error to Hamilton Appeals. Allowed. Dock. 3-31-26; 4 Abs. 238.

19754—Fannie Frank v. First Nat. Bk. of Washington, N. C. Motion for Franklin Appeals to certify. Overruled. Dock. 4-1-26; 4 Abs. 255.

## Abstracts of Last Week's SUPREME COURT OPINIONS

### SYLLABI
### No. 384

No. 19344—Marie Frate et al v. Fanny Rimenick et al.

480. EVIDENCE—To warrant reformation of deed, evidence must be clear and convincing.

445. EASEMENTS—Easement granted by common owner of land becomes appurtenance thereto when land is divided, and neither owner or servient or dominent estate can interfere with proper use of such easement.

557. FRAUD—Action based on fraud not